NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHELLE C. HONSE,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2022-1142

---

Petition for review of the Merit Systems Protection Board in No. SF-0714-21-0390-I-1.

---

## O R D E R

Michelle C. Honse has not responded to this court's April 26, 2022 order by filing a revised Federal Circuit Form 10 abandoning her discrimination claims.

Accordingly,

IT IS ORDERED THAT:

HONSE v. MSPB

Pursuant to this court's April 26, 2022 order, this case and all transmittals are transferred under 28 U.S.C. § 1631 to the United States District Court for the Central District of California, Southern Division.

FOR THE COURT

May 13, 2022                          /s/ Peter R. Marksteiner
Date                                 Peter R. Marksteiner
                                     Clerk of Court